**Charles H. BLISS et al. v. CONSOLIDATED CEMENT CORPORATION, Debtor, et al.**

No. 1129.

Circuit Court of Appeals, Tenth Circuit.

Feb. 25, 1935.

Morrison, Nugent, Wylder & Berger, of Kansas City, Mo., for appellant.

Inghram D. Hook, of Kansas City, Mo., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

---

**H. H. BOYLES, Appellant, v. UNITED STATES of America, Appellee.**

No. 3817.

Circuit Court of Appeals, Fourth Circuit.

April 17, 1935.

A. J. Rosenshine, of Clarksburg, W. Va., and Wm. T. George, of Philippi, W. Va., for appellant.

Howard L. Robinson, U. S. Atty., of Clarksburg, W. Va., and Robert J. Riley, Asst. U. S. Atty., of Wheeling, W. Va.

PER CURIAM.

Appeal dismissed. Order filed.

---

**William W. BRADFORD, Jr., Bankrupt, Appellant, v. Michael W. FAHEY, Assignee, John D. Worthington, Annie McC. Worthington and the Potomac Joint Stock Land Bank of Alexandria, Appellees.**

No. 3778.

Circuit Court of Appeals, Fourth Circuit.

June 28, 1935.

For original opinion, see 76 F.(2d) 628.

For opinion below, see 7 F. Supp. 665.

Morton P. Fisher and Allan H. Fisher, both of Baltimore, Md. (A. Freeborn Brown, of Bel Air, Md., on the brief), for appellant.

Wade B. Hampton, of Washington, D. C., and Clarence E. Martin, of Martinsburg, W. Va. (Robinson & Fahey, of Bel Air, Md., on the brief), for appellees Michael W. Fahey, Assignee, and Potomac Joint Stock Land Bank of Alexandria.

Herbert Levy, of Baltimore, Md. (Morris Rosenberg, of Baltimore, Md., on the brief), for appellees John D. Worthington and Annie McC. Worthington, his wife.

Edwin A. Krauthoff, of Chicago, Ill., amicus curiæ.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

A rehearing in this case has been granted because of the recent decision of the Supreme Court in Louisville Joint Stock Land Bank v. William W. Radford, Sr., 55 S. Ct. 854, 79 L. Ed. ——, holding the Act of June 28, 1934, known as the Frazier-Lemke Act (11 USCA § 203 (s), void because violative of constitutional provisions. This case is clearly ruled by that decision; and, on the authority thereof, our previous decision is set aside and the decision of the court below is affirmed.

Affirmed.